Terence N. Hawley (SBN 179106)
Email: thawley@reedsmith.com
Courtland C. Chillingworth (SBN 261140)
Email: cchillingworth@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: +1 415 659 4765
Facsimile: +1 415 391 8269

Attorneys for Plaintiff
Jorge Luis Ramirez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS RAMIREZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a public entity; ALAMEDA COUNTY SHERIFF'S OFFICE, a public entity; ERICH MARAPAO, individually, and in his capacity as deputy sheriff for the COUNTY OF ALAMEDA; ELDON EARNHARDT, individually, and in his capacity as deputy sheriff for the COUNTY OF ALAMEDA; P. KERNS, individually, and in his capacity as deputy sheriff for the COUNTY OF ALAMEDA; GREGORY J. AHERN, in his capacity as Sheriff for the COUNTY OF ALAMEDA; and DOES 1-20, inclusive,<br><br>Defendants. | No.: C09-00422 MMC<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Honorable Maxine M. Chesney |

IT IS HEREBY STIPULATED by and between Plaintiff Jorge Luis Ramirez and Defendants County of Alameda, Erich Marapao, Eldon Earnhardt, P. Kerns, and Gregory Ahern, through their respective counsel of record, that the above-entitled action be, and hereby, is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATED: January 7, 2009.

REED SMITH LLP

By /s/
Terence N. Hawley (SBN 179106)
Courtland C. Chillingworth (SBN 261140)
Attorneys for Plaintiff
Jorge Luis Ramirez

DATED: January 7, 2009.

ANDRADA & ASSOCIATES

By /s/
J. Randall Andrada (SBN 70000)
Alicia Kennon (SBN 240569)
Attorneys for Defendants

IT IS SO ORDERED.

DATED: January 8, 2010

/s/ Maxine M. Chesney
Hon. Maxine M. Chesney
United States District Court Judge

No.: C 09-00442 MMC  —2—

Stipulation and Order Re Dismissal of Entire Action With Prejudice